UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COOL WIND VENTILATION CORP.,

                                                 Plaintiff,                  Case No. CV 00-3678
          -against-                                          (LDW/WDW)

**STIPULATION AND ORDER
OF DISMISSAL**

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 28; JOHN HARRINGTON, by its President and Business Manager of LOCAL 28; SHEET METAL INDUSTRY LABOR MANAGEMENT COMMITTEE AND TRUST, by its Director THOMAS DOHERTY, SHEET METAL AND AIR CONDITIONING CONTRACTORS ASSOCIATION OF NEW YORK CITY, INC.; SHEET METAL CONTRACTORS ASSOCIATION OF LONG ISLAND, INC.; NELSON AIR DEVICE CORP.; KARO SHEET METAL, INC.; AABCO SHEET METAL CO., INC.; BUNKER METAL FABRICATOR'S, INC.; CONTRACTORS SHEET METAL WORKS, INC.; C.W. SHEET METAL, INC.; GENTLEMEN SHEET METAL LIMITED; FRP SHEET METAL CONTRACTORS CORP.; HERITAGE AIR SYSTEMS, INC.; HUDSON SHEET METAL, INC.; NEW YORK SHEET METAL INC.; POWER SHEET METAL INC.; SEA BREEZE MECHANICAL CORP.; STERLING INDUSTRIES, INC., LOCAL 1205 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO; and SHEET METAL WORKERS INTERNATIONAL, AFL-CIO,

                                              Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 18 2003 ★
7/23/03 ESM
LONG ISLAND OFFICE

**WHEREAS**, Plaintiff, COOL WIND VENTILATION CORP. ("Plaintiff") and the following named defendants SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 28, BY ITS PRESIDENT AND BUSINESS MANAGER OF LOCAL 28, JOHN HARRINGTON ("Local 28"); SHEET METAL

1

WORKERS (LOCAL UNION NO. 28) LABOR MANAGEMENT COMMITTEE & TRUST BY ITS DIRECTOR THOMAS DOHERTY (referred to in the Amended Complaint as SHEET METAL INDUSTRY LABOR MANAGEMENT COMMITTEE AND TRUST, by its Director THOMAS DOHERTY) ("LMC"), SHEET METAL AND AIR CONDITIONING CONTRACTORS ASSOCIATION OF NEW YORK CITY, INC. ("SMACNA-NY"); SHEET METAL AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF LONG ISLAND, INC. ("SMACNA-LI"); NELSON AIR DEVICE CORP. ("Nelson"); KARO SHEET METAL, INC. ("Karo"); AABCO SHEET METAL CO., INC. ("AABCO"); BUNKER METAL FABRICATORS, INC. ("Bunker"); CONTRACTORS SHEET METAL WORKS, INC. ("Contractors"); C.W. SHEET METAL, INC. ("C.W."); GENTLEMEN SHEET METAL LIMITED ("Gentlemen"); FRP SHEET METAL CONTRACTORS CORP. ("FRP"); HERITAGE MECHANICAL SERVICES f/k/a HERITAGE AIR SYSTEMS, INC. ("Heritage"); HUDSON SHEET METAL, INC. ("Hudson"); N.Y. SHEET METAL WORKS INC.(misnamed in the amended complaint as New York Sheet Metal Inc.) ("NYSM"); POWER SHEET METAL INC. ("Power"); SEA BREEZE MECHANICAL CORP. ("Sea Breeze") and STERLING INDUSTRIES, INC. ("Sterling"); (collectively, the "Settling Defendants") have entered into a Confidential Settlement Agreement; ("Settlement Agreement"), and

**WHEREAS**, the Settlement Agreement was entered into with the intent that this Court would retain jurisdiction for purposes of enforcement of the terms and conditions contained therein, and

**WHEREAS**, defendants LOCAL 1205 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO ("Local 1205"); INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO ("IBT") (collectively, the "Separately Settling Defendants"); and

SHEET METAL WORKERS INTERNATIONAL, AFL-CIO ("SMWIA") (the Non-Settling Defendant) are not parties to the Settlement Agreement.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED**, by and between the undersigned, the attorneys of record for the Plaintiff and the Settling Defendants to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action including all counterclaims if any be and the same hereby are dismissed with prejudice as to the Settling Defendants only, without costs or attorneys' fees to any party as against the others. The Court shall retain jurisdiction over this matter for purposes of the enforcement of the terms and conditions of the Settlement Agreement; and it is further

**ORDERED**, that this action is dismissed without prejudice as to the Non-Settling Defendant Sheet Metal Workers International, AFL-CIO; and it is further

**ORDERED**, that this action shall not operate as an adjudication on the merits of Plaintiff's claims as against the Separately Settling Defendants or the Non-Settling Defendant.

WILLIAM H. ENGLANDER, P.C.
Attorneys for Plaintiff

By: ___William H. Englander___ Dated: June 27, 2003
William H. Englander (WE 6416)
300 Garden City Plaza
Garden City, New York 11530
(516) 334-0088

3

JASPAN SCHLESINGER HOFFMAN LLP
Attorneys for Plaintiff

By: _____ Dated: 6/27/03
Laurel R. Kretzing (LK 8812)
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

SMETANA & AVAKIAN
Attorneys for Plaintiff

By: _____ Dated: 6/27/03
Gerard C. Smetana, Esq. (GS 7984)
39 S. LaSalle Street
Suite 1218
Chicago, Illinois 60603
(312) 357-0250

4

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
Attorneys for Defendants Sheet Metal Workers International
Association, Local Union 28 and John Harrington

By: /s/ *signature*     Dated: 6/30/03
Riccardo Iaccarino (RI 0180)
3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Sheet Metal Workers (Local Union No. 28)
Labor Management Committee & Trust by its Director Thomas Doherty
(referred to in the Amended Complaint as Sheet Metal Industry Labor
Management Committee and Trust by its Director Thomas Doherty



By:_____ Dated:_____
Sidney S. Rosdeitcher (SR 3127)
1285 Avenue of the Americas - Room 2637
New York, New York 10019-6064
(212) 373-3000

ETTELMAN & HOCHHEISER, P.C.
Attorneys for Defendant Nelson Air Device Corp.
and C.W. Sheet Metal, Inc.



By:_____ Dated:_____
Gary Ettelman (GE____)
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 227-6300

5

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
Attorneys for Defendants Sheet Metal Workers International
Association, Local Union 28 and John Harrington


By:_____ Dated: _____
    Riccardo Iaccarino (RI____)
    3 Surrey Lane
    Hempstead, New York 11550
    (516) 483-2990


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Sheet Metal Workers (Local Union No. 28)
Labor Management Committee & Trust by its Director Thomas Doherty
(referred to in the Amended Complaint as Sheet Metal Industry Labor
Management Committee and Trust by its Director Thomas Doherty

By:_____[signature]_____ Dated: June 27, 2003
    Sidney S. Rosdeitcher (SR 3127)
    1285 Avenue of the Americas - Room 2637
    New York, New York 10019-6064
    (212) 373-3000

ETTELMAN & HOCHHEISER, P.C.
Attorneys for Defendant Nelson Air Device Corp.
and C.W. Sheet Metal, Inc.


By:_____ Dated: _____
    Gary Ettelman (GE____)
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530
    (516) 227-6300

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
Attorneys for Defendants Sheet Metal Workers International
Association, Local Union 28 and John Harrington


By:_____ Dated: _____
    Riccardo Iaccarino (RI _____)
    3 Surrey Lane
    Hempstead, New York 11550
    (516) 483-2990


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Sheet Metal Workers (Local Union No. 28)
Labor Management Committee & Trust by its Director Thomas Doherty
(referred to in the Amended Complaint as Sheet Metal Industry Labor
 Management Committee and Trust by its Director Thomas Doherty


By:_____ Dated: _____
    Sidney S. Rosdeitcher (SR 3127)
    1285 Avenue of the Americas - Room 2637
    New York, New York 10019-6064
    (212) 373-3000

ETTELMAN & HOCHHEISER, P.C.
Attorneys for Defendant Nelson Air Device Corp.
 and C.W. Sheet Metal, Inc.


By:_____ Dated: 7/7/03
    Gary Ettelman (GE ____)
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530
    (516) 227-6300

SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Defendants Sheet Metal and Air Conditioning
Contractors Association of New York City, Inc., AABCO
Sheet Metal Co., Bunker Metal Fabricator's Inc.,
Contractors Sheet Metal Works, Inc., Gentlemen Sheet
Metal Limited, Hudson Sheet Metal, Inc., N.Y. Sheet
Metal Inc. (misnamed in the Complaint as) New York
Sheet Metal Inc., Power Sheet Metal Inc., Sea Breeze
Mechanical Corp. and Sterling Industries, Inc.

By: /s/ Martin J. Schwartz                Dated: July 7, 2003
    Martin J. Schwartz (MS 4327)
    1221 Avenue of the Americas
    New York, New York 10020-1089
    (212) 768-6700

PROSKAUER ROSE LLP
Attorneys for Defendant Karo Sheet Metal Inc.


By:_____    Dated: _____
    Daniel Halem (DH_____)
    1585 Broadway
    New York, New York 10036
    (212) 969-3000

LAW OFFICES OF HOWARD E. GILBERT, ESQ.
Attorney for Defendant Sheet Metal Air Conditioning
Contractors National Association of Long Island, Inc.


By:_____    Dated: _____
    Howard E. Gilbert (HG 5712)
    One Huntington Quadrangle
    Suite One North Four
    Melville, New York 11747-4401
    (631) 630-0100

6

SONNENSCHEIN NATH & ROSENTHAL
Attorneys for Defendants Sheet Metal and Air Conditioning
Contractors Association of New York City, Inc., AABCO
Sheet Metal Co., Bunker Metal Fabricator's Inc.,
Contractors Sheet Metal Works, Inc., Gentlemen Sheet
Metal Limited, Hudson Sheet Metal, Inc., N.Y. Sheet
Metal Inc. (misnamed in the Complaint as) New York
Sheet Metal Inc., Power Sheet Metal Inc., Sea Breeze
Mechanical Corp. and Sterling Industries, Inc.


By:_____ Dated:_____
    Martin J. Schwartz (MS____)
    1221 Avenue of the Americas - 24th Floor
    New York, New York 10020-1089
    (212) 768-6700


PROSKAUER ROSE LLP
Attorneys for Defendant Karo Sheet Metal Inc.


By: _/s/ Daniel Halem_____ Dated: _6/27/03_____
    Daniel Halem (DH 3035)
    1585 Broadway
    New York, New York 10036
    (212) 969-3000


LAW OFFICES OF HOWARD E. GILBERT, ESQ.
Attorney for Defendant Sheet Metal Air Conditioning
Contractors National Association of Long Island, Inc.


By:_____ Dated:_____
    Howard E. Gilbert (HG 5712)
    One Huntington Quadrangle
    Suite One North Four
    Melville, New York 11747-4401
    (631) 630-0100

SONNENSCHEIN NATH & ROSENTHAL
Attorneys for Defendants Sheet Metal and Air Conditioning
Contractors Association of New York City, Inc., AABCO
Sheet Metal Co., Bunker Metal Fabricator's Inc.,
Contractors Sheet Metal Works, Inc., Gentlemen Sheet
Metal Limited, Hudson Sheet Metal, Inc., N.Y. Sheet
Metal Inc. (misnamed in the Complaint as) New York
Sheet Metal Inc., Power Sheet Metal Inc., Sea Breeze
Mechanical Corp. and Sterling Industries, Inc.


By:_____ Dated: _____
       Martin J. Schwartz (MS_____)
       1221 Avenue of the Americas - 24th Floor
       New York, New York 10020-1089
       (212) 768-6700


PROSKAUER ROSE LLP
Attorneys for Defendant Karo Sheet Metal Inc.


By:_____ Dated: _____
       Daniel Halem (DH_____)
       1585 Broadway
       New York, New York 10036
       (212) 969-3000


LAW OFFICES OF HOWARD E. GILBERT, ESQ.
Attorney for Defendant Sheet Metal Air Conditioning
Contractors National Association of Long Island, Inc.


By:_____ Dated: 30 June 03
       Howard E. Gilbert (HG 5712)
       One Huntington Quadrangle
       Suite One North Four
       Melville, New York 11747-4401
       (631) 630-0100

6

HELLER EHRMAN WHITE & MCAULIFF LLP
Attorneys for Defendant Heritage Air Systems, Inc.


By:_____ Dated: _____
    Richard Cashman (RC_____)
    120 West 45th Street
    New York, New York 10036-4041
    (212) 832-8300

AHERN & AHERN, ESQS.
Attorneys for FRP Sheet Metal Contractors Corp.


By:_____ Dated: __July 10, 2003__
    Dennis P. Ahern (DA 3138)
    One Main Street
    Kings Park, New York 11754-2711
    (631) 269-9500

**SO ORDERED:**


Dated:  Central Islip, New York
       June ___, 2003


_____
Leonard D. Wexler, U.S.D.J.

D289143

7

HELLER EHRMAN WHITE & MCAULIFF LLP
Attorneys for Defendant Heritage Air Systems, Inc.

By: *Richard Cashman*　　　　Dated: 7/2/03
　　　Richard Cashman (RC 4769)
　　　120 West 45th Street
　　　New York, New York 10036-4041
　　　(212) 832-8300

AHERN & AHERN, ESQS.
Attorneys for FRP Sheet Metal Contractors Corp.

By:_____ Dated:_____
　　　Dennis P. Ahern (DA_____)
　　　One Main Street
　　　Kings Park, New York 11754-2711
　　　(631) 269-9500

**SO ORDERED:**

Dated: Central Islip, New York
　　　~~June~~ *July* 18, 2003

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Leonard D. Wexler, U.S.D.J.

D289143

7